IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN RAQUET,<br>        **Plaintiff,**<br><br>v.<br><br>ANDREW SAUL,<br>**Commissioner of Social Security Administration,**<br>        **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 19-2966 |

**O R D E R**

**AND NOW**, this 8th day of July, 2021, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11, filed November 7, 2019),[1] Defendant's Response to Request for Review of Plaintiff (Document No. 12, filed December 9, 2019), Plaintiff's Reply Brief (Document No. 14, filed December 23, 2019), United States Magistrate Judge Henry S. Perkin's Report and Recommendation dated November 23, 2020 (Document No. 15, filed November 23, 2020), Plaintiff's Objections to Report and Recommendation (Document No. 16, filed December 1, 2020), Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Document No. 18, filed December 15, 2020), and the record in this case, for the reasons stated in the accompany Memorandum dated July 8, 2021 **IT IS ORDERED** as follows:

    1.    The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 23, 2020 is **APPROVED** and **ADOPTED**;

    2.    Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**; and

---

[1] Plaintiff filed a Brief and Statement of Issues in Support of His Request for Review but did not file a separate Request for Review. The Court construes the Brief as a Request for Review.

3. Plaintiff's Request for Review is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**